# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **KELLER NORTH AMERICA, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: _____ |
| ) | |
| **WILLIAM WRIGHT,** ) | |
| ) | |
| Serve: ) | |
| ) | |
| 3424 Ridge Dell Circle ) | |
| Birmingham, Alabama 35243 ) | |
| ) | |
| Defendant. ) | |

## VERIFIED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

Plaintiff Keller North America, Inc. ("Keller") by and through counsel, for its Verified Complaint for Injunctive Relief and Damages against Defendant William Wright ("Wright"), states and alleges as follows:

### NATURE OF THIS ACTION

1. Keller is a geotechnical specialist contractor that works with its clients to address their geotechnical challenges across the United States and worldwide. To that end, Keller maintains a team of highly trained engineers, project managers, and business developers who have a wealth of experience and provide a wide range of geotechnical techniques and optimum solutions to clients.

2. Wright was formerly employed by Keller and worked for the company for over ten years, most recently in a key business development role based out of Birmingham, Alabama. As a result of his high-level role with Keller, Wright had access to Keller's confidential and

proprietary information relating to Keller's business plans, strategies, operations, productivity, customers, and financial performance and projections, and he was positioned to divert other members of Keller's workforce, including those who were uniquely essential to Keller's organization and critical to Keller's management, organization, or service of the business, along with Keller's intellectual property and business relationships, away from the company.

3. Wright unexpectedly resigned from Keller, and despite being bound by a contract with Keller that included non-competition and non-solicitation provisions, Wright accepted employment with and is currently employed by Keller's director competitor, Berkel & Company Contractors, Inc. ("Berkel"), in the same market area doing the same or substantially similar job for Berkel as he did for Keller.

4. Consequently, Keller brings this action to enjoin Wright from violating his contractual obligations to Keller and for other damages and relief.

## PARTIES, JURISDICTION, AND VENUE

5. Keller is a corporation organized under the laws of the state of Delaware, with its principal place of business located at 7550 Teague Road, Suite 300, Hanover, Maryland 21076, and is therefore a citizen of the states of Delaware and Maryland.

6. Wright is an individual residing and domiciled at 3424 Ridge Dell Circle Birmingham, Alabama 35243 and is therefore a citizen of the state of Alabama.

7. This Court has personal jurisdiction over Wright because he resides within this State, and he violated the terms of his contract with Keller in this state. Wright is further subject to personal jurisdiction because the contract which is the subject of this litigation was entered into in this state.

8.     Venue is proper in this District pursuant to 28 U.S.C. § 1391 because the events or omissions giving rise to these causes of action occurred in the Northern District of Alabama and Wright resides within this District.

9.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship of the parties and the amount in controversy exceeds $75,000 exclusive of interest and costs.

## FACTUAL BACKGROUND

### KELLER'S BUSINESS OPERATIONS

10.    Keller is a geotechnical specialist contractor that provides solutions to geotechnical challenges throughout the construction industry, including across commercial, institutional, mining, infrastructure, and other markets.

11.    Among other areas, Keller operates in the deep foundation construction, earth retention, and ground improvement spaces providing its design-build services, products, and solutions to customers across the country and worldwide.

12.    Keller's deep foundation services, which are required whenever weak soils have little capacity to resist an existing load or a change in an existing load and involve the construction of structural elements to transfer loads down to stronger underlying soils or rock, include (among other techniques) auger cast piles, bored piles/drilled shafts, driven cast in-situ piles, driven precast piles, screw piles, macropiles, and micropiles.

13.    Keller's earth retention services, which are used to retain earth successfully so that it does not move or shift to any unwanted directions, include (among other techniques) anchors, contiguous pile walls, micropile slide stabilization systems, secant pile walls, and sheet piles.

14.    Keller also provides ground improvement services, which can increase the load bearing capacity of the ground, reduce settlement, and improve the engineering properties of

existing soils through, among other techniques, rigid inclusions, compaction grouting, pressure grouting, and deep soil mixing.

15. Among other locations, Keller has operations in Alabama and Georgia.

**WRIGHT'S EMPLOYMENT WITH KELLER**

16. William Wright was hired by Keller in or around January 2014 as a Field Engineer.

17. During his tenure with Keller, Wright held various positions with the Company.

18. On or about November 17, 2015, in consideration of a promotion to Project Engineer, his continued employment, the provision of Confidential Information to him, and the Company's investment of time, effort, and money in building relationships with customers, referral sources, and suppliers, Wright entered into an Agreement with Keller (the "2015 Agreement"). A true and accurate copy of the 2015 Agreement is attached hereto and incorporated herein as **Exhibit 1**.

19. The 2015 Agreement contains a non-competition covenant, providing, in relevant part, that for a one-year period after his separation from Keller:

> You will refrain from employment on behalf any company that is involved in the provision of services equivalent or similar to *Geotechnical Construction including Ground Improvement, Structural Systems using Vibro Replacement, Vibro Compaction, Stone Columns, Jet Grouting, Deep Soil Mixing, and Micropile techniques* within the State of Texas and any other states where the Company has performed service in any of the 3 years prior to your separation from service. . . .

Ex. 1, 2015 Agreement, p. 2, ¶7.a.ii.

20. The 2015 Agreement also contains restrictions the non-solicitation of customers and non-solicitation of employees, which provides that for a period of one year after Wright's separation from the Company:

4

> You will refrain from (1) contacting, soliciting any of the current or former customers of the Company or (2) soliciting any of the employees of the Company, who at the time of the separation from service of you are employees of the Company, or who served in such capacity at any time within the six-month period prior to your separation from service.

Ex. 1, 2015 Agreement, p. 2-3, ¶7.

21. On October 30, 2019, in connection with a promotion to Project Manager and a relocation to Birmingham, Alabama, Wright reaffirmed the non-solicitation, non-competition, and confidentiality obligations set forth in the 2015 Agreement, and agreed that the geographic scope of Paragraph 7 of the 2015 Agreement would be modified as follows:

> in Paragraph 7.a.ii, replace "within the State of Texas" and "Texas" with "within 50 miles of Birmingham, Alabama (the "Alabama Area") and the State of Georgia" and "Alabama Area and Georgia," respectively. . . .

**Exhibit 2**, 2019 Promotion Agreement.

22. On February 23, 2021, in connection with a raise in his compensation, Wright again acknowledged his non-solicitation, non-competition, and confidentiality obligations under the Agreement, as amended by the 2019 Promotion Agreement. **Exhibit 3**, 2021 Compensation Agreement.

23. Wright was promoted into progressively higher positions with Keller, ultimately being named as the Senior Project Manager based out of Birmingham, Alabama and Atlanta, Georgia.

24. During his employment with Keller, Wright had responsibility for, among other things, expanding and growing markets through business development and proposal preparation; leading the area team in accordance with the business strategies and plans; developing accurate market knowledge for future development strategy for the branch; managing the strategy for

closing proposals, analyzing risks, and setting pricing; developing relationships with customer decision makers; driving strategy to maximize profits; and taking appropriate action to develop direct reports; monitoring and managing weekly and monthly project financial reports, forecasts, budgets, and other metrics; and building and leading project-based teams.

**COMPETING COMPANY BERKEL'S BUSINESS OPERATIONS**

25. Berkel is in the Geotechnical Construction business. It provides deep foundation construction, earth retention, and ground improvement arenas and specialized foundation and construction services to its clients across the country and in the Caribbean.

26. The company touts itself as being "one of the largest piling contractors in the U.S." and as "the most experienced designer and installer of single-pass, cast-in-place foundation systems in the U.S."

27. According to Berkel's website, the company provides deep foundation work, including auger pressure grouted piles, infinity group piles, drilled displacement/screw piles, limited/remote access, micropiles, energy piles, drilled shafts, driven piles, and rock anchors/tie-downs.

28. According to Berkel's website, Berkel also provides sheeting and shoring, including sheet piles, soldier piles, tie-backs, underpinning, bracing, secant and tangent walls, soil nails, and façade retention, as well as ground improvement work, such as rigid inclusions, compaction grouting, pressure grouting, and deep soil mixing.

29. Berkel provides geotechnical construction services using dry soil mixing, vibro replacement, vibro compaction, vibro piers, rigid inclusions, driven piles, helical piles, jacks piers, macropiles, micropiles, pit underpinning, anchors, sheet piles, soil nailing, soldier piers, and/or lagging techniques.

30. Berkel's engineering group, which includes structural and geotechnical engineers, offers design assistance, as well as full designs on the company's products and services.

31. Berkel operates, provides services, and/or maintains projects in many locations, including in Alabama and Georgia.

32. Berkel provides services that are the same, equivalent, or similar to those that Keller provides and is a direct competitor of Keller.

**WRIGHT'S RESIGNATION AND POST-RESIGNATION ACTIVITIES**

33. In or around August 27, 2024, Wright resigned his position with Keller and accepted a position as a Regional Manager with Berkel, working from the Birmingham, Alabama area.

34. Upon information and belief, Wright also performs work for Berkel in Georgia.

35. On September 9, 2024, after learning that he accepted a position with Berkel, Keller sent Wright a letter reminding him of his post-employment contractual obligations to Keller and advising him that he was in direct violation of those obligations through his employment with Berkel. A true and correct copy of the Wright Notice Letter is attached hereto as **Exhibit 4**.

36. Wright continues to be employed by Berkel in direct violation of the non-competition covenant of his Agreement.

37. Since leaving Keller to join Berkel, Wright has contacted at least one current Keller employee via telephone and/or text message and told them that they should call Mike Terry, or words to that effect.

38. Michael Terry is another former Keller employee who now serves as the Executive Vice President for Berkel.

39. Wright's communication with the current Keller employee was an effort to solicit the Keller employee to leave her employment with Keller and take a job with Berkel.

40. The employee Wright solicited is uniquely essential to Keller's organization and critical to Keller's management, organization, or service of the business.

41. Upon information and belief, since leaving Keller to join Berkel, Wright has called upon, solicited, or provided Keller clients or customers, or prospective clients or customers, with products or services that compete with the products or services offered by Keller, including customers and prospective customers with whom he dealt or whose identity he learned while employed by Keller.

## COUNT ONE: BREACH OF CONTRACT

42. The 2015 Agreement, 2019 Promotion Agreement, and 2021 Compensation Agreement are valid and enforceable under Ala. Code § 8-1-190.

43. The non-competition covenant set forth under the 2015 Agreement as amended by the 2019 Promotion Agreement and acknowledged and reaffirmed in the 2021 Agreement is reasonably limited in time to one year.

44. The non-competition covenant set forth in the 2019 Promotion Agreement is reasonably limited in space to the area within 50 miles of Birmingham, Alabama, and in the State of Georgia, the areas in which Wright performed many of his duties for Keller.

45. Wright received adequate consideration for the restrictive covenants contained in his various Agreements, including a promotion, his continued employment with Keller, the provision of Confidential Information to him, and the Company's investment of time, effort, and money in building relationships with customers, referral sources, and suppliers.

46. Keller has a protectable interest supporting the restrictive covenant including its trade secrets, confidential information, customer relationships, vendor relationships, and customer and client goodwill.

47. Keller has fully performed its obligations under the 2015 Agreement, 2019 Promotion Agreement, and 2021 Compensation Agreement.

48. By accepting employment with and working for Berkel in Birmingham, Alabama less than one year after his employment with Keller ended, Wright has breached the 2015 Agreement, as amended by the 2019 Promotion Agreement and affirmed by the 2021 Compensation Agreement.

49. By soliciting and/or recruiting at least one current Keller employee to leave their employment with Keller and defect to Berkel, Wright has breached the Agreement.

50. Upon information and belief, Wright has called upon, solicited, or provided Keller clients or customers, with products or services that compete with the products or services offered by Keller, including customers with whom he dealt or whose identity he learned while employed by Keller, in breach of the 2015 Agreement, as amended by the 2019 Promotion Agreement and affirmed by the 2021 Compensation Agreement.

51. As a direct and proximate result of Wright's actions in breach of the 2015 Agreement, as amended by the 2019 Promotion Agreement and affirmed by the 2021 Compensation Agreement, Keller has and will sustain damages.

52. Although the full extent of Wright's actions and the damages caused thereby are presently unknown and irreparable, Wright's breach of the Agreements has caused and will continue to cause damages to Keller, including without limitation: loss of employees, jeopardy to and/or loss of Keller's existing and future business relationships and contacts with its customers,

loss of customer confidence, loss of goodwill, loss of confidential business information, loss of referral sources, damage to or loss of Keller's reputation, and loss of competitive advantage, all of which exceeds the monetary value of $75,000, exclusive of interest and costs.

53. Keller is therefore entitled to a judgment against Wright awarding damages in an amount to be determined at trial; granting a temporary restraining order, preliminary injunction, and permanent injunction prohibiting Wright from competing against Keller in violation of his Agreements for a period of one year from the date on which injunctive relief is first entered; and awarding such further relief as the Court deems just and proper.

## REQUEST FOR RELIEF

WHEREFORE, Keller demands and prays for relief against William Wright as follows:

(a) temporary, preliminary, and permanent injunctive relief providing:

  (i) for a period of one year following the date injunctive relief is first granted, Defendant shall be enjoined from working for Berkel in violation of his Agreement;

  (ii) for a period of one year following the date injunctive relief is first granted, Defendant shall be prohibited from contacting, soliciting any of the current or former customers of the Company;

  (iii) for a period of one year following the date injunctive relief is first granted, Defendant shall be prohibited from soliciting any of the employees of the Company, who at the time of separation from service are employees of the Company, or who served in such capacity within the six-month period prior to his separation from service; and

  (iv) Defendant shall be prohibited from directly or indirectly making use of confidential, proprietary, trade secret information belonging to Keller.

(b) that Keller be relieved of any obligation to post an injunction bond;

(c) actual, compensatory and punitive damages in an amount to be proven at trial;

(d) pre- and post-judgment interest at the maximum rate permitted by law; and

(e) such other and further relief as the Court deems just and proper.

## **JURY TRIAL DEMAND**

Plaintiff respectfully demands a trial by jury as to all claims asserted herein.

                                          Respectfully submitted,

/s/*Edward F. Harold*
Edward Harold, Alabama Bar No. asb-0669-d55h
**FISHER & PHILLIPS, LLP**
201 St. Charles Ave., Suite 3710
New Orleans, LA 70170
Telephone:  (504) 522-3303
Facsimile:   (504) 529-3850
Email:         eharold@fisherphillips.com
**COUNSEL FOR PLAINTIFF**

## **VERIFICATION**

I declare and verify under penalty of perjury under the laws of the United States of America and the State of __Alabama___ that the foregoing is true and correct.

Executed on: __11/13/24__

By: __Curtis Cook__

Title: __Executive Vice President__