# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **KELLER NORTH AMERICA, INC.,** | ) |
| Plaintiff, | ) ) ) |
| v. | )    Case No.: 2:24-cv-01567-ACA |
| **WILLIAM WRIGHT,** | ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Keller North America, Inc. and Defendant William Wright, by and through the undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a), hereby jointly stipulate and agree to the dismissal of this action with prejudice with each party to bear its own attorney's fees and costs.

Respectfully submitted this 10th day of November 2025.

> *s/Edward F. Harold*
> Edward Harold (ASB-0669-D55H)
> FISHER & PHILLIPS, LLP
> 201 St. Charles Ave., Suite 3710
> New Orleans, LA 70170
> Telephone:  (504) 522-3303
> Facsimile:  (504) 529-3850
> Email: eharold@fisherphillips.com
>
> Donald E. English, Jr.
> Admitted *Pro Hac Vice*
> Morgan, Lewis & Bockius LLP
> Washington DC 20004
> Telephone: (202) 739-5135
> Facsimile: (202) 739-3001
> Email: donald.english@morganlewis.com
>
> **ATTORNEYS FOR PLAINTIFF**

POLSINELLI PC

*By: /s/Xeris E. Gregory*
Xeris Gregory (#9536C31E)
2100 Southbridge Pkwy, Suite 650
Birmingham, AL 35209
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
sdrum@polsinelli.com
xgregory@polsinelli.com

Emma R. Schuering (admitted *pro hac vice*)
Elizabeth E. Berg (admitted *pro hac vice*)
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
eschuering@polsinelli.com
eberg@polsinelli.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically notify and send a copy to all counsel of record electronically.

*s/Edward F. Harold*
EDWARD F. HAROLD